ORTIZ & KATANO
A LAW CORPORATION

| | |
|---|---|
| JONATHAN L. ORTIZ | 2297-0 |
| WADE J. KATANO | 6496-0 |
| CHRISTINE S. PREPOSE-KAMIHARA | 9039-0 |

2121 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Phone No.:  (808) 524-6696
Fax No.:    (808) 524-6690
jonathan@ortizkatano.com
wade@ortizkatano.com
christine@ortizkatano.com

Attorneys for Defendant
LAHAINA BAPTIST CHURCH

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| GABRIEL WAGNER, | ) | CIVIL NO.  16-00186 HG-RLP |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE OF ALL |
| vs. | ) | CLAIMS AND PARTIES; AND |
| | ) | ORDER |
| LAHAINA BAPTIST CHURCH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | Trial:   March 13, 2018 |
| | ) | Judge:  Hon. Helen Gillmor |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED by and between the parties hereto, by their respective counsel, that this action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, each party to bear their own attorneys' fees and costs.  Said dismissal includes all unidentified parties and includes all claims filed herein.

This case has been set for trial for the week of March 13, 2018. This Stipulation has been signed by all appearing parties.  All other claims and parties are dismissed, and there are no remaining claims, parties, and/or issues.

DATED:  Honolulu, Hawaii, January 11, 2018.

/s/  Wayne Parsons
WAYNE PARSONS
    -and-
JEFF HERMAN
ARICK W. FUDALI
Attorneys for Plaintiff
GABRIEL WAGNER

---

*Wagner v. Lahaina Baptist Church, et al.*;  Civil No.  16-00186 HG-RLP;
STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES; AND ORDER

DATED: Honolulu, Hawaii, January 11, 2018.

/s/ Wade J. Katano
JONATHAN L. ORTIZ
WADE J. KATANO
CHRISTINE S. PREPOSE-KAMIHARA
Attorneys for Defendant
LAHAINA BAPTIST CHURCH

SO ORDERED, this 11th day of January, 2018.



Helen Gillmor
United States District Judge

---

*Wagner v. Lahaina Baptist Church, et al.*; Civil No. 16-00186 HG-RLP;
STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES; AND ORDER